# United States Court of Appeals for the Federal Circuit

November 13, 2014

**ERRATA**

Appeal No. 2013-7124

**JOAN C. DEBORD**

v.

**ROBERT A. MCDONALD,**
**Secretary of Veterans Affairs**

Decided: November 12, 2014
Nonprecedential Opinion

Please make the following change:

Page 2, line 13, add --PER CURIAM (DYK, WALLACH, and HUGHES, *Circuit Judges*).--